Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida 

Jacksonville Division

| | |
|---|---|
| ADAM CALLAHAN MATARELLI, PRO SE<br>DENNIZA COLON, PRO SE<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>MATTAMY HOME FUNDING, LLC, GINNIE MAE AS TRUSTEE FOR SECURITIZED TRUST GNMA 2021-097 TRUST, FLAGSTAR BANK, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, (MERS),<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:23-cv-1366-BJD-LLL<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Adam Matarelli |
   | Street Address | 317 Oak Shadow Place |
   | City and County | St. Johns, St. Johns county |
   | State and Zip Code | Florida 32259 |
   | Telephone Number | (352) 561-0962 |
   | E-mail Address | amatarelli79@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida 

Jacksonville Division

| | |
|---|---|
| ADAM CALLAHAN MATARELLI, PRO SE<br>DENNIZA COLON, PRO SE<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>MATTAMY HOME FUNDING, LLC, GINNIE MAE AS TRUSTEE FOR SECURITIZED TRUST GNMA 2021-097 TRUST, FLAGSTAR BANK, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, (MERS),<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ✔ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Denniza Colon |
| Street Address | 317 Oak Shadow Place |
| City and County | St. Johns, St. Johns county |
| State and Zip Code | Florida 32259 |
| Telephone Number | (352) 561-0962 |
| E-mail Address | amatarelli79@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: MATTAMY HOME FUNDING, LLC
- Job or Title (if known):
- Street Address: 495 North Keller Road, Suite 550A
- City and County: Maitland, Orange County
- State and Zip Code: Florida 32751
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: GINNIE MAE
- Job or Title (if known):
- Street Address: 425 3rd Street, SW, Suite 500
- City and County: Washington, D.C.
- State and Zip Code: 20024
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: FLAGSTAR BANK, N.A.
- Job or Title (if known):
- Street Address: 102 Duffy Avenue
- City and County: Hicksville, Nassau County
- State and Zip Code: New York, 11801
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC, (MERS)
- Job or Title (if known):
- Street Address: 1818 Library Street, Suite 300
- City and County: Reston, Fairfax County
- State and Zip Code: Virginia, 20190
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

12 USC 226 - Federal Reserve Act
15 U.S. Code Chapter 2B
Articles 3, 8 and 9 of the Uniform Commercial Code

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLAINTIFFS' COMPLAINT FOR: SECURITIES FRAUD, LACK OF STANDING TO FORECLOSE, BREACH OF CONTRACT, VIOLATION OF TILA, QUIET TITLE, SLANDER OF TITLE, TEMPORARY RESTRAINING ORDER/INJUNCTIVE RELIEF

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A refund of any wrongfully or improperly collected fees and payments to Defendants to which it had no right;
Pre- and post-judgment interest at the maximum rate allowed by law;
Paralegal fees;
Monetary relief over $100,000 but not more than $2,000,000,00; and
Such other and further relief at law and/or in equity to which Plaintiffs may be justly entitled including but not limited to damages within the jurisdictional limits of this Court, together with pre-judgment and post-judgment interest as are allowed by law.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *November 20, 2023*

Signature of Plaintiff: *Adam Matarelli*

Printed Name of Plaintiff: By: Adam Matarelli

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address